In the Matter of the Claim of HERMAN WILTCHER, Respondent, against NATIONAL TRANSPORTATION Co., INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued December 2, 1954; decided December 31, 1954.

*Arthur F. Gaynor, James A. Doherty* and *Frederick P. Close* for appellants.

*Nathaniel L. Goldstein, Attorney-General* (*Daniel Polansky, Wendell P. Brown* and *Roy Wiedersum* of counsel), for Workmen's Compensation Board, respondent.

Appeal dismissed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.